**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| LEONARD WIMBERLY, JR., <br><br>    Plaintiff, <br><br>    v. <br><br>JOSEPH HUTCHINGSON, in his individual capacity, <br><br>    Defendant. | CIVIL ACTION NO.: 6:17-cv-146 |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 12.) No parties to this action filed Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's requests for punitive and compensatory damages. Plaintiff's retaliation and deliberate indifference claims shall remain pending, and Plaintiff's surviving requested relief includes a declaratory judgment, court costs, and nominal damages. (Id. at p. 7.)

**SO ORDERED**, this 6th day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA