# United States District Court
## Southern District of Georgia

Leonard Wimberly Jr.,

Plaintiff.

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 6:17-cv-146

Joseph Hutchingson,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order entered on February 4, 2020, adopting the U.S. Magistrate Judge's Report and Recommendation as the opinion of this Court, judgment is hereby entered dismissing Plaintiff's Complaint and denying Plaintiff in forma pauperis status on appeal. This action stands closed.

Approved by: _____

February 5, 2020
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk